1 | **GAIL SHIFMAN**
**ATTORNEY AT LAW**
2 | 601 California Street
Suite 1800
3 | San Francisco, CA  94108
Telephone:  (415) 551-1500
4 | Facsimile:  (415) 551-1502

5 | Specially Appearing for Defendant
ENRIQUE QUILES, SR.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 12-0544 EMC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ENRIQUE QUILES, SR., ET AL., | |
| Defendants. | |

Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

1. That the parties are currently scheduled for a status hearing on September 26, 2012 which is the Yom Kippur holiday. Undersigned counsel for Defendant Quiles will be unavailable on that day because of the Yom Kippur holiday.  Defendant Quiles, Sr. is in the process of retaining counsel and expects to do so

prior to the status hearing date. To be economical with the Court's time, keep the two defendants together and to accommodate the Jewish holiday, the parties have agreed to this brief continuance of the status hearing, to October 17, 2012 at 2:30 p.m.

    2. That the parties agree that the failure to grant such a continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that September 26, 2012 through October 17, 2012 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

Dated: September 18, 2012       /s/_____
                                       Hallie Mitchell Hoffman
                                       Assistant United States Attorney

Dated: September 18, 2012       /s/_____
                                       Matthew G. Jacobs
                                       Attorney for Defendant Kenneth Tolin

Dated: September 18, 2012       /s/_____
                                       Gail Shifman
                                       Specially Appearing for Defendant
                                       Enrique Quiles, Sr.

**[~~PROPOSED~~] ORDER**

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED,

That the September 26, 2012 status hearing shall be vacated and continued until October 17, 2012 at 2:30 p.m.;

And, that the time from September 26, 2012 through October 17, 2012 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to provide the defense lawyers with time to review proposed plea agreements and for effective preparation. The Court finds that (A) failure to grant the continuance would unreasonably deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

**IT IS SO ORDERED.**

Dated: September __24__, 2012



_____
HONORABLE EDWARD M. CHEN
United States District Judge

Stipulation & [Proposed] Order    3